In the Matter of GUTWIRTH & ERRANTE HOMES, INC., Appellant. CITY OF NEW YORK, Respondent.

Submitted April 5, 1954; decided April 15, 1954.

*Emanuel Thebner* and *Martin J. McLaughlin* for motion.

*Adrian P. Burke, Corporation Counsel* (*Harry E. O'Donnell, Benjamin Offner* and *Robert D. Joyce* of counsel), opposed.

Motion denied upon the ground that an appeal lies as of right.